G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
BLANCA CASTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA CASTILLO;<br><br>    Plaintiff,<br><br>    vs.<br><br>GC SERVICES, LP; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. :13-cv-01187-LB<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff BLANCA CASTILLO against Defendants, GC SERVICES, LP; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiff BLANCA CASTILLO and Defendant GC SERVICES, LP shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 17, 2013

_____
District Court Judge
Northern District of California